## MILLER'S ADMINISTRATRIX *vs.* MILLER.

1. Where a defendant is entitled to notice of proceedings before a master, under an order of reference, a rule *nisi* to confirm the master's report should be taken.

2. The complainant took no rule *nisi* to confirm the master's report, but gave notice to the defendant's solicitor of the filing of the report; exceptions were filed, but not within eight days from the time of service of the notice; motion to strike out exceptions on that account, refused.

3. In such case, either party might set down the exceptions for hearing.

4. Objections to a report, that the master has sent up no evidence in support of his finding as to certain matters of fact, should be brought before the court, by motion to refer the report back to the master on those points, or that he send up the evidence on which his report in those respects is based. Such objections are not the subject of exception.

Miller's Administratrix *v.* Miller.

On motion to strike out exceptions to master's report as to the assets of an estate, the claims of creditors, &c., on the ground that the exceptions were not filed in due time.

*Mr. Charles P. Stratton*, for the motion.

THE CHANCELLOR.

The complainant took no rule *nisi* to confirm the master's report, but gave notice to the solicitor of the exceptants of the filing of the report. The exceptions were not filed within eight days from the time of the service of the notice, and on this ground the complainant now moves to strike them out. The exceptants were, by special order, permitted to appear before the master, and to produce witnesses, &c., on the subject of the reference. They were entitled to notice of the proceeding before the master. They appeared there. The complainant should have entered a rule *nisi* for the confirmation of the report. Decision of Chancellor I. H. Williamson, 1 *Halst. Dig.* 230 ; *Brundage* v. *Goodfellow*, 4 *Halst. Ch.* 513. The motion must be denied.

The exceptions have not been set down for hearing. Either party might have set them down. 1 *Newl. Ch. Pr.* 245. The exceptants ought to have done so at the present term. I have looked into the exceptions, and find some of them of such a character as entitles the exceptants to a hearing on them, but they must set them down at this term.

Some of the exceptions are based on the ground that the master has sent up no evidence in support of his finding as to certain matters of fact. Objections of this character to the report should be brought before the court, by motion to refer the report back to the master on those points, or that he send up the evidence on which his report in those respects is based. They are not the subject of exception. *Ridifer* v. *O'Brien,* 3 *Madd.* 44 ; *Tyler* v. *Simmons,* 6 *Paige* 127 ; *Douglas* v. *Merceles,* 9 *C. E. Green* 25.